UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.                                                                         CASE NO: 8:04-cr-185-T-24TBM

ZANDRINA ALEXANDER
_____/

**ORDER**

This cause comes before the Court on the Government's Motion to Allow Laptop Computer and Cellular Telephone in the United States Courthouse (Doc. No. 74). The government states that the use of the computer will facilitate the government's presentation, and the availability of the cellular telephone will allow the special agent to coordinate during recesses with witnesses who are traveling from out of town. The trial is scheduled to begin on Monday, January 9, 2006 at 9:00 a.m. in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Ave., Tampa, Florida 33602.

Accordingly, it is **ORDERED AND ADJUDGED** that the Government's Motion to Allow Laptop Computer and Cellular Telephone in the United States Courthouse (Doc. No. 74) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal's Office
Court Security Officers